IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| ANTOINE YOUNG,<br><br>     Plaintiff,<br><br>v.<br><br>WILLIAM DANFORTH, CALVIN ORR, ARTIS SINGLETON, LIEUTENANT MCDOUGAL, TONY MORRIS, OFFICER HARVEY, and SERGEANT HASSENSTAB,<br><br>     Defendants. | Civil Action No. 7:12-CV-10 (HL) |

### ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 9) entered on June 11, 2012. Judge Langstaff recommends that Plaintiff's Motion for Default Judgment (Doc. 6) and Motion for Clerk's Entry of Default (Doc. 8) be denied. He also recommends that Artis Singleton, Tony Morris, and Calvin Orr be dismissed as defendants, and that Plaintiff's terroristic threats claim and claim relating to the loss of his personal items other than legal materials be dismissed.

Plaintiff has not filed an objection to the Recommendation. The Court has reviewed the Recommendation for clear error, and finds no error. The Recommendation is accepted and adopted. Plaintiff's Motion for Default Judgment (Doc. 6) and Motion for Clerk's Entry of Default (Doc. 8) are denied. Singleton, Morris, and Orr are dismissed from the case. Plaintiff's terroristic

threats claim and loss of personal items claim are dismissed. The Court also agrees with the Magistrate Judge that Plaintiff cannot seek his freedom as a remedy in this case. The case will go forward against Lieutenant McDougal, Officer Harvey, Sergeant Hassenstab, and William Danforth as outlined in the Recommendation.

**SO ORDERED**, this the 3rd day of June, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh